Demarkas S. KING, Petitioner–
Appellant,

v.

Anthony HEDGPETH, Warden,
Respondent–Appellee.

No. 10–17846.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 20, 2012.

Filed April 30, 2012.

Gene Vorobyov, Law Office of Gene Vo-
robyov, San Francisco, CA, for Petitioner–
Appellant.

Demarkas S. King, Soledad, CA, pro se.

Daniel Brad Bernstein, Esquire, Deputy
Assistant Attorney General, Office of the
California Attorney General, Sacramento,
CA, for Respondent–Appellee.

Before: SCHROEDER, THOMAS, and
GRABER, Circuit Judges.

MEMORANDUM *

Petitioner Demarkas S. King was con-
victed in California state court after a jury
trial for murder and attempted murder.
He appeals the district court's dismissal of
his 28 U.S.C. § 2254 petition in which he
challenged the integrity of the jury ver-
dict. We affirm.

* This disposition is not appropriate for publica-
tion and is not precedent except as provided

The state trial court held a full eviden-
tiary hearing on Juror No. 4's multiple
claims of juror misconduct, including her
own belatedly perceived bias. The court
found that she was not credible and that
no juror misconduct had occurred. The
state court described the juror's efforts to
undo the verdict as "buyer's remorse."

The parties dispute whether the state
court's adjudication should be reviewed un-
der the standard set forth in 28 U.S.C.
§ 2254(d)(2) or (e)(1). Regardless of
which provision applies, however, the deci-
sion of the state trial court remains a
credibility determination that is entitled to
substantial deference. *See Maxwell v.
Roe,* 628 F.3d 486, 503 (9th Cir.2010), *cert.
denied,* —— U.S. ——, 132 S.Ct. 611, 181
L.Ed.2d 785 (2012). That ruling was nei-
ther unreasonable nor clearly erroneous,
because the record contained ample sup-
port for the court's determination. Juror
No. 4's version of what happened was sub-
stantially contradicted by the testimony of
virtually all of the other jurors and, at
most, only partially corroborated by the
alternate juror and Juror No. 2.

There was no violation of King's federal
rights, and the petition was properly de-
nied.

**AFFIRMED.**